# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -GENERAL

| Case No. | 8:24-cv-01893-SP | Date | March 14, 2025 |
|---|---|---|---|
| Title | Timothy Lamewoman, Jr. v. Leland Dudek, Acting Commissioner of Social Security | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not be Dismissed for Failure to Prosecute**

On August 30, 2024, plaintiff filed a Complaint, seeking review of a decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The Supplemental Rules for Social Security provide, among other things, that plaintiff must file and serve a brief for the requested relief within 30 days after the answer (or administrative record) is filed, or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later. Supp. R. Soc. Sec. 6.

Defendant's answer, in the form of the administrative record, was filed on November 4, 2024. Thus, the original deadline for plaintiff to file his brief was December 4, 2024. The parties subsequently filed two stipulations to extend the briefing schedule, which the court granted on December 6, 2024 and January 9, 2025. Docket nos. 12, 14. In its January 9, 2025 order, this court stated plaintiff's opening brief would be due on January 27, 2025. Docket no. 14.

To date, the court has received no brief from plaintiff. Nor has plaintiff requested or obtained an order from the court granting plaintiff a third extension of time to file his brief. It therefore appears that plaintiff is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **March 28, 2025** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than March 28, 2025, plaintiff's brief or a written request for a reasonable extension for plaintiff to prepare, file, and serve plaintiff's brief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 8:24-cv-01893-SP | Date | March 14, 2025 |
|---|---|---|---|
| Title | Timothy Lamewoman, Jr. v. Leland Dudek, Acting Commissioner of Social Security | | |

**The court warns plaintiff that failure to respond to this Order to Show Cause by March 28, 2025, or further failure to prosecute this action in accordance with the Supplemental Rules for Social Security and court orders, may result in dismissal of this action for failure to prosecute.**