JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY LAMEWOMAN,

               Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security
Administration,

               Defendant.

Case No. 8:24-cv-01893-SP

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: <u>March 27, 2026</u>

SHERI PYM
United States Magistrate Judge

1